UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                        *

    DANIEL JOHN SERIO            *    Case No. 14-24244-DER

    JANET SERIO                         *         Chapter 13

        Debtors                            *

*          *          *          *          *          *          *

MOTION TO DISMISS CASE FOR
MATERIAL DEFAULT IN PLAN TERMS

    Ellen W. Cosby, Chapter 13 Trustee, files this Motion to Dismiss Case and states as follows:

    1.   The plan in this Chapter 13 case was confirmed by Order entered March 3, 2015.

    2.   The confirmed plan commits the Debtor to provide the Trustee with copies of all tax returns filed during the plan term, and to deliver annual income tax refunds received during the duration of the plan to the Trustee.  Returns and refunds for tax year(s) 2014 are now due.

    3.   Despite repeated reminders by the Trustee, the Debtor has failed to deliver any refunds that may be due pursuant to the confirmed plan.

    4.   The failure to pay refunds to the Trustee represents a material default under the confirmed plan.

    5.   For the reasons stated, cause exists under 11 U.S.C. §1307(c) to dismiss this case.

    WHEREFORE, the Trustee requests this Court to dismiss this case, and to grant such other relief as is just.

Date:   February 6, 2016                    /s/  Ellen W. Cosby
                                                                   Ellen W. Cosby
                                                                   300 E. Joppa Road, #409
                                                                   Towson, MD 21286
                                                                   (410) 825-5923
                                                                   inquiries@ch13balt.com
                                                                   Chapter 13 Trustee

**TO THE DEBTORS: TAKE NOTICE THAT, UNLESS YOU FILE A RESPONSE IN WRITING WHICH JUSTIFIES OR EXPLAINS THE ALLEGATIONS IN THIS MOTION WITHIN 21 DAYS OF THE DATE IN THE CERTIFICATE OF SERVICE BELOW, THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE. THE RESPONSE MUST BE FILED WITH THE BANKRUPTCY COURT, WITH A COPY SERVED ON THE TRUSTEE.**

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2016 a copy of foregoing Motion to Dismiss Case was served electronically through ECF to   HAVEN N SHOEMAKER JR ESQ and was mailed by first-class mail to:

DANIEL JOHN and JANET SERIO
1175 CATON ROAD
HAMPSTEAD, MD 21074

/s/  *Ellen W. Cosby*
Ellen W. Cosby, Trustee